UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRIPLE S MARINE, LLC** | * | **CIVIL ACTION NO.** |
| | * | |
| **versus** | * | |
| | * | **SECTION** |
| | * | |
| **DIESEL TECH OF LOUISIANA, LLC** | * | **MAGISTRATE** |
| | * | |

------------------------------------------------------/

## COMPLAINT

NOW COMES, by and through undersigned counsel, Plaintiff Triple S Marine, LLC, and for its Complaint against Diesel Tech of Louisiana, LLC respectfully alleges:

1.

Plaintiff Triple S Marine, LLC (hereafter "Triple S") is a limited liability company organized and existing under the laws of Louisiana with a principal place of business in Morgan City, Louisiana.

2.

Defendant Diesel Tech of Louisiana , LLC (hereinafter "Diesel Tech") is a limited liability company organized and existing under the laws of Louisiana with its principal place of business in Houma, Louisiana.

3.

Jurisdiction of this Honorable Court is based on 28 U.S.C. §1333(1).  This is an admiralty and general maritime complaint pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

4.

At all material times, Triple S was the owner of a vessel the M/V DIANNA MARIE.

5.

On or about January 30, 2014, Triple S purchased two KTA19 Cummins rebuilt engines (unit numbers 37172705 and 37171810) from Diesel Tech for $30,000.00 each for the purpose of placement in the vessel owned by Triple S.

6.

At the time of purchase, Diesel Tech represented to Triple S that all parts on the rebuilt engines were new.

7.

Delivery of the engines was accepted by Triple S on February 28, 2014.

8.

On or about September 8, 2014, the unit 37172705 engine encountered a rod malfunction during vessel operation thereby damaging the internal parts of the engine and the engine block.

9.

On September 8, 2014, Diesel Tech was informed by Triple S about the rod malfunction.

10.

As a result of the first engine rod malfunction, the second unit #37171810 was

placed into the vessel to prevent loss of use of the vessel.

11.

On or about February 20, 2015, the second engine, unit 37171810 encountered the same rod malfunction as the first engine thereby damaging the internal parts and block of that engine.

12.

On February 20, 2015, Triple S contacted Diesel Tech and notified them of the rod failure.

13.

On both occasions of engine rod malfunctions/ failures, Diesel Tech refused to fix or remedy the damages claiming that the 90 warranty for each of the engines had expired.

14.

The cost to repair the damage to the engines will exceed the purchase price of the engines.

15.

Diesel Tech misrepresented to Triple S at the time of the purchase that the rods and engine parts used to rebuild the engines purchased were new.

16.

If new engine parts had been purchased and used to rebuild the engines by Diesel Tech, the seller of the new parts would have a warranty on those parts to repair the damages asserted.

17.

Had Triple S known that the engine parts in the rebuilt engine were not new, it would not have purchased the engines.

18.

Diesel Tech committed negligence.

19.

Diesel Tech breached its implied warranty of workmanlike performance under general maritime law.

20.

Diesel Tech is strictly liable.

21.

Diesel Tech breached its contract with Triple S.

22.

As a result of the engine rod failures/ malfunctions, Triple S has been unable to utilize the M/V DIANNA MARIE, thereby incurring loss of use.

23.

Triple S has (have) made amicable demand for reimbursement to Diesel Tech to no avail.

WHEREFORE, after due proceedings had Plaintiff Triple S Marine, LLC prays that this Honorable Court render judgment in plaintiff's favor and against Defendant

Diesel Tech of Louisiana, LLC, that the Defendant be required to reimburse the purchase price of the engines, that the Defendant be required to reimburse for all loss of use of the vessel for which the engines were intended, and for all general and equitable relief to which Plaintiff is entitled.

                                              Respectfully submitted,

                                              __/s/ Jill S. Willhoft_____  
                                              Harris & Rufty, LLC  
                                              Rufus C. Harris, III (#6638)  
                                              Alfred J. Rufty, III (#19990)  
                                              Cindy Galpin Martin (#25159)  
                                              Jill S. Willhoft (#28990)  
                                              650 Poydras Street, #2710  
                                              New Orleans, LA 70130  
                                              Telephone:   (504) 525-7500  
                                              Facsimile;   (504) 525-7222  
                                              Attorneys for Triple S Marine, LLC